# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THEODORE GRANGE | * | |
| v. | * | Civil No. – JFM-09-2725 |
| SOUTHEASTERN MECHANICAL SERVICES, INC. | * | |

## MEMORANDUM

Plaintiff has instituted this action claiming that defendant wronged him in various respects by failing to hire him as a welder. Discovery has been completed, and defendant has filed a motion for summary judgment. Plaintiff, who is now appearing pro se[1], has filed an opposition to the motion, and defendant has filed a reply. The motion will be granted.

No extensive review of the facts is necessary. The record is clear and undisputable that defendant administered a welding test to plaintiff that plaintiff failed to complete and pass. This failure alone fully justified defendant's failure to hire plaintiff. Accordingly, defendant is entered to the summary judgment it seeks.

A separate order granting defendant's motion and entering summary judgment on its behalf is being entered herewith.

Date: November 30, 2010        /s/
                               J. Frederick Motz
                               United States District Judge

---

[1] Plaintiff was originally represented by counsel but on August 10, 2010 this court entered an order granting plaintiff's counsel's motion to withdraw.

1